FILED
2014 Oct-06 PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **KRISTI ISBELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action Number** |
| | ) | **2:14-cv-1307-AKK** |
| **MIDLAND CREDIT** | ) | |
| **MANAGEMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the completion of the few remaining settlement tasks. Plaintiff and Defendant respectfully request that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Joint Stipulation of Dismissal herein.

Dated: 10-6-201

| | |
|---|---|
| /s/ S. Scott Allums | /s/ Thomas R. DeBray, Jr. |
| S. Scott Allums | Thomas R. DeBray, Jr. |
| S. Scott Allums, PC | BALCH & BINGHAM LLP |
| 506 18th Street North | P. O. Box 306 |
| Bessemer, Alabama 35020 | Birmingham, Alabama 35201-0306 |
| Telephone: (205) 426-7080 | Telephone: (205) 251-8100 |
| Facsimile: (888) 341-6040 | Facsimile: (205) 226-8798 |
| **Attorney for Plaintiff** | **One of the Attorneys for Defendant** |