# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **KRISTI ISBELL**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | **2:14-cv-01307-AKK** |
| **MIDLAND CREDIT** | ) | |
| **MANAGEMENT, INC.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Pursuant to the parties' joint stipulation of dismissal, doc. 9, this matter is

**DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** this 23rd day of October, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE